JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>   Plaintiff,<br><br> vs.<br><br>COUNTY OF SAN BERNARDINO SHERIFF DEPARTMENT, et al.,<br><br>   Defendants. | Case No. EDCV 08-1156-CAS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: April 21, 2011

*/s/ Christina A. Snyder*

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE